UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| VIRGINIA KININMONTH, by )<br>STEPHEN KININMONTH, next friend )<br>and Attorney-in-Fact )<br>5112 Laughlin Street )<br>Louisville, KY 40214 )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　)<br>v. 　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>REGENCY NURSING, LLC, )<br>d/b/a REGENCY CARE AND )<br>REHABILITATION CENTER )<br>1550 Raydale Drive )<br>Louisville, KY 40219 )<br>　　　　　　　　　　　　　　　　　)<br>SERVE: 　CSC -Lawyers Incorporating )<br>　　　　　　Service Company )<br>　　　　　　421 West Main Street )<br>　　　　　　Frankfort, KY 40601 )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　　　Defendant. )<br>_____) | **CIVIL ACTION NO.** <u>3-13-cv-5-S</u><br><br>**COMPLAINT** |

　　　　Comes the Plaintiff, Virginia Kininmonth, by Stephen Kininmonth, next friend and Attorney-in-Fact, by counsel, and for her complaint states that:

　　　　1.　　Plaintiff, Virginia Kininmonth, is a resident of Louisville Metro, Kentucky. Stephen Kininmonth is her son and attorney-in-fact pursuant to a Power of Attorney, a copy of which is attached hereto, marked as Exhibit 1 and incorporated by reference.

　　　　2.　　Defendant is a foreign limited liability company which does business in Kentucky. Defendant's home office is located at One Beacon Street, Suite 1100, Boston, MA 02108.

3.	There is complete diversity of the parties.

4.	The amount in controversy exceeds $75,000.00.

5.	Defendant, provides services as a nursing home to patients, including Virginia Kininmonth, through its officers, employees and agents. Said nursing home is located in Louisville Metro, Kentucky and is known as Regency Care and Rehabilitation Center ("Regency"),

6.	On and before January 6, 2012, Virginia Kininmonth was a patient of Regency. On January 6, 2012, Virginia Kininmonth was transferred to Norton Hospital where it was discovered that her leg was in such an advanced condition of tissue decay that the leg required amputation.

7.	Virginia Kininmonth's advanced damaged condition was due to the negligence of Defendant, its officers, agents, and employees, operating within the scope of their employment, including negligent supervision, training, staffing, and proper delivery of medical and nursing care, all in breach of the standards of care for nursing homes, medical, and nursing care.

8.	As a direct and proximate result of Defendant's negligent acts and omissions, Virginia Kininmonth suffered, and will continue to suffer for the rest of her life, physical and emotional pain and suffering, and permanent bodily damage. In addition, Virginia Kininmonth incurred, and will incur in the future, medical expenses as a result of Defendant's negligent acts and omissions.

WHEREFORE, Plaintiff, Virginia Kininmonth, demands judgment against the Defendant, Regency Nursing, LLC, d/b/a Regency Care and Rehabilitation Center, in an amount according to the merits, pre and post-judgment interest, costs expanded herein, and all other proper relief to which she may appear entitled.

Plaintiff demands a jury trial.

          Respectfully submitted,

*/s/ Bill V. Seiller*
Bill V. Seiller
SEILLER WATERMAN LLC
Meidinger Tower, 22nd Floor
462 South Fourth Street
Louisville, KY   40202
Telephone:  (502) 584-7400
Facsimile:  (502) 583-2100
E-Mail:  seiller@derbycitylaw.com
*Attorney for Plaintiff*