UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**VIRGINIA KININMONTH**                                                                **PLAINTIFF**

vs                                                                 CIVIL ACTION NO. 3:13CV-5-S

**REGENCY NURSING, LLC**                                            **DEFENDANT**

## ORDER

Counsel having notified the Court of a settlement in this matter (DN 21), **IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with leave to reinstate within thirty-five (35) days if the settlement is not consummated. Counsel may tender a supplemental order of dismissal if they so desire.

November 4, 2013

                                                  Charles R. Simpson III, Senior Judge
                                                  United States District Court

cc: Counsel of Record